UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:26-cv-01800-SSC                      Date: June 10, 2026

Title      Deondre Raglin v. House Of Ink III, Inc., et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

Teagan Snyder                               n/a
Deputy Clerk                      Court Reporter / Recorder

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
None Present                           None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Defendant 1313 OFW LLC Should Not Be Dismissed for Failure to Serve**

This lawsuit was filed on February 19, 2026.  (ECF 1.)  On May 6, 2026, Plaintiff filed proof of service as to Defendant 1313 OFW LLC (ECF 11) and subsequently withdrew that filing on May 27 (ECF 12). Although the deadline for service of process has now passed, no replacement proof of service for Defendant 1313 OFW LLC has been filed.

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a defendant must be served with the summons and complaint no later than 90 days after the complaint is filed.  Fed. R. Civ. P. 4(m).  Absent a showing of good cause, if a defendant is not timely served, "the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-01800-SSC                    Date: June 10, 2026

Title        Deondre Raglin v. House Of Ink III, Inc., et al.

court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.*

As the service deadline has passed, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **June 24, 2026,** why Defendant 1313 OFW LLC should not be dismissed for Plaintiff's failure to serve the summons and complaint as required by Rule 4.

If Plaintiff files a proof of service no later than **June 24 2026**, this order to show cause will be discharged automatically, and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file a response to this OSC may result in dismissal of Defendant 1313 OFW LLC for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

|  | : |
| --- | --- |
| Initials of Preparer | **ts** |